# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

DAVID VOYLES

    v.

DAVE DORMIRE

                                       Case Number: 07-4190-CV-C-SOW

__     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED THAT:** plaintiff's claims are dismissed, pursuant to 28 U.S.C. §1915A, for failure to state a claim for which relief can be granted.


*ENTERED ON: January 3, 2008*

                                            *Patricia L. Brune*
*January 3, 2008*                                               *Clerk*
Date

                                            */s/ J Price*
                                            *J Price*
                                            *(By) Deputy Clerk*